IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Swazi Elkanzi Taylor – #237093

_____/

No. C 13-80083 WHA

**ORDER OF SUSPENSION**

      Because Swazi Elkanzi Taylor has failed to respond to the order to show cause, Ms. Taylor's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   September 3, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE